[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SMB

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Vonsean K. Williams
(#2021-1109025)

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Department
of Corrections, Chief
Judge Thomas Dart,
CCDOC Warden

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

RECEIVED

MBM NOV 08 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 22cv2431
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:        **AMENDED COMPLAINT**

✓ _____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Vonsean K. Williams

    B. List all aliases: N/A

    C. Prisoner identification number: M54828 / 2021-1109025

    D. Place of present confinement: Cook County Jail

    E. Address: 2700 S California Ave, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Cook County Department of Corrections
       Title: Cook County Jail
       Place of Employment: Cook County Jail / 2700 S California, Chicago IL 60608

    B. Defendant: CCDOC Warden
       Title: Cook County Jail / 2700 S California, Chicago IL 60608
       Place of Employment: Cook County Jail Warden

    C. Defendant: Chief Thomas Dart
       Title: C. County Chief Sheriff
       Place of Employment: Cook County Sheriff's Office

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Williams v. Cook County Department of Corrections, #22CV5204

B. Approximate date of filing lawsuit: September 14, 2022

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Vonsean K. Williams "myself"

D. List all defendants: Cook County Department of Corrections, Chief Thomas Dart, CCDOC Warden

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County, Clerk of the US District Court 219 S Dearborn St, 20th Fl Chicago, IL 60604

F. Name of judge to whom case was assigned: John F. Knees, Jeffrey T Gilbert

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending (N/A)

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3
Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

AMENDED COMPLAINT

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

During my 10-month stint @ Cook County Jail (CCDOC) in Divisions (8, 9, 10 & 6), my safety was at high risk during the Covid-19 Pandemic & spread came rapidly in Mid-March 2020 thru Dec. 23, 2020, I went through phases where as multiple detainees & C/O's, as well as various other CCDOC staffs were not only tested positive (+) for Covid-19, but also spreading this virus around! I can't afford to have a contagious virus that can kill me, I have bronchitis. All detainees, including myself written multiple letters to Sheriff Tom "Thomas Dart", state's Attorney Kim Foxx, CCDOC Super-Intendent & Warden how we need hand sanitizer, masks, efficient medical kit/assistance where as we all can be safe & free from Covid-19. Yet, we detainees @ CCDOC been ignored from our pleas for help. I were even in segregation

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

AMENDED COMPLAINT
Case: 1:22-cv-02431 Document #: 18 Filed: 11/08/22 Page 5 of 14 PageID #:77
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

where as the contagious virus spreading occurs in Div. 9 segregation. CCDOC don't practice proper safety procedures, such as 6-feet distance, seperate cellmates to individual cells & give us gloves/masks & shields to keep from getting the virus. I'm missing my doctors, dental appointments, law library services, visits, court appointments & I'm not getting adequate ~~hourly on~~ Medical Services & my CCDOC rights consistently been violated. I'm still going through these problems on this bid (11-9-21 thru PRESENT). This is very overwhelming it causes me disdain & emotional distress, due to being in a unsafe environment while duress. I'm holding Cook County Jail (CCDOC), Chief Sheriff Thomas Dart, CCDOC Warden & the Superintendent accountable for the simple fact that they all fails to serve/protect, they ignore the fact that I exhaust every remedy explaining how this environment is very dangerous & unsafe due to this wide-spreading of coronavirus, & how it affect our CCDOC rights & services.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$25,000.00 to be settled for being in a unsafe environment during coronavirus spreading, emotional distress, pain/suffering, inadequate law library services, medical, dental services & violations of my CCDOC rights

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __18th__ day of __10__, 20 __22__

__Vonsean K. W__
(Signature of plaintiff or plaintiffs)

__Vonsean K. Williams__
(Print name)

__2021-1109025__
(I.D. Number)

__1140 W Jackson Blvd__
__Chicago, IL 60607__
(Address)

A. Name of case & docket #: Williams v. Cook County Department of Corrections (22cv5024)
B. Approximate date of filing lawsuit: September 14, 2022
C. List all plaintiff(s): Vonsean K. Williams (myself)
D. List all defendant(s): Cook County Department of Corrections
E. Court which the lawsuit was filed: ~~Northern District~~ (vw) error
United States District Court, 219 S Dearborn St, 20th Floor - Chicago, IL 60604
F. Name of judge assigned to this case: Judge John
F. Knees
G. Basic claim made: N/A
H. Disposition of case: Still pending
I. Approximate date of disposition: Still pending

A. Name of case & docket #: Williams v. Department of Children's/Family Services (17cv4538)
B. Approximate date of filing suit: June 2017
C. List all plaintiff(s): Vonsean K. Williams (myself)
D. List all defendant(s): Glendora Marshall, Chris Cunningham, Jerry Garner, Howard Lee, Sonny Uhahanan, Carol Jones, Rita Williams, David Jarette, so many others
E. Court which the lawsuit was filed: United States District Court, 219 S Dearborn St; 20th Fl; Chicago, IL 60604
F. Name of judge whom was assigned to this case: Don't remember the name of judge
G. Basic claim made: No claim was established
H. Disposition of case: 1st time - the case was dismissed Then, a appeal was denied after 30 days
I. Approximate date of disposition: Spring 2018

A. Name of case & docket #: Williams v. Cook County Jail (17cv5656)
B. Approximate date of filing suit: June, 2017
C. List of Plaintiff(s): Vonsean K. Williams (myself)
D. List all defendants: Cook County Jail, Cook County Cermak, Livingston County Jail
E. Court which the lawsuit was filed: United States District Court, 219 S Dearborn St, 20th Fl; Chicago, IL 60604
F. Name of judge assigned to the case: I don't remember the judge's name
G. Basic claim made: No claim was made
H. Disposition of case: Case was dismissed
I. Approximate date of disposition: Fall 2017

A. Name of case & docket #: Williams v. Cook County Jail (17cv6955)
B. Approximate date of filing suit: Between Sept./Oct. 2017
C. List all plaintiff(s): Vonsean K. Williams (myself)
D. List all defendant(s): Cook County Jail, CRW McCoy
E. Court in which the lawsuit was filed: United States District Court, 219 S Dearborn St, 20th Fl; Chicago, IL 60604
F. Name of ~~case~~ judge who the case was assigned to: I don't remember the judge's name
G. Basic Claim made: $500 settlement
H. Disposition of this case: Settlement was made, won claim
I. Approximate date of disposition: Spring 2018

A. Name of case & docket #: Williams v. Elite Staffing 22cv 2405
B. Date of filing lawsuit: May 2022
C. List plaintiff(s): Vonsean R. Williams "myself"
D. List defendant(s): Elite Staffing
E. Court the lawsuit was filed: United States District Court, 219 S Dearborn St, 20th Floor Chicago, IL 60604
F. Name of assigned judge: Andrea R. Wood
G. Basic claim made: No claim made
H. Disposition of case: Still pending
I. Date of disposition: N/A "pending"

A. Name of case & docket #: Williams v. Menard C.C (18cv1693)
B. Approximate date of filing lawsuit: August 2018
C. List all plaintiff(s): Vonsean K. Williams (myself), Maxwell Marshall, & social worker name I don't remember
D. List all defendants: Menard C.C, P. Wilson, Sgt. Jones, several other Menard C.C staff members.
E. Court which the lawsuit was filed: Northern District of Illinois Eastern Division, 604 Monroe St, Springfield, IL
F. Name of judge whom the case was assigned to: Nancy Susanthetl / Michael Chaney
G. Basic claim made: No claim made
H. Disposition of case: 1st time case dismissed & denial for appeal after 10 days
I. Approximate date of disposition: January 2019

A. Name of case & docket #: Williams v. Cook County Department of Corrections 22cv2461
B. Date of filing lawsuit: May 2022
C. List plaintiff(s): Vonsean R. Williams "myself"
D. List defendant(s): Cook County Department of Corrections
E. Court the lawsuit was filed: United States District Court, 219 S Dearborn St, 20th floor, Chicago, IL 60604
F. Name of assigned judge: John F. Knees
G. Basic claim made: No claim made
H. Disposition of case: Still pending
I. Date of disposition: N/A "pending"

**LEGAL MAIL**

Name: Vansean K. Williams
ID#: 2021-1189025
Div.: Tier: 15-1210
P.O. Box 089002
Chicago, IL 60608

Office Of
Clerk Of The U.S District Court
United States Courthouse
219 S Dearborn St
20th floor
Chicago, IL 60604



11/08/2022-69

NEOPOST
10/31/2022
US POSTAGE $002.88
FIRST CLASS MAIL
ZIP 60608
041M11297257